TRULINCS 22682511 - SMITH, JUSTIN HEATH - Unit: BRO-G-B

--------------------------------------------------------------------------------

FROM: 22682511
TO: Menow, Text
SUBJECT: letter to judge
DATE: 09/15/2025 07:27:31 AM

hello your honor

thank you for taking the time to read this. i am writing you to give you some context as to who i am, before and after my charges. i grew up in a small town in Texas with my single mother and my younger sister. we have a fairly large family and are very close with all of them. my aunts are like mothers and my cousins are like sisters. even to this day i am supported by each and every one of them. i consider myself very lucky this way. my mother just turned 70. my sister is 40. both still live in Texas near the DFW area. my father, older sister, 3 cousins, 2 aunts and my uncle also live there. i have a VERY close relationship with everyone. i exchange emails with my family almost everyday. my father is 80 now. he, my mother and my Aunt are getting older and aren't in the best of health. i am hopeful ill be out in time to help take care of them.

in addition to my family i am surrounded with support from a very tight friend group as well. my fiance and relationship of 10 years is still in very close contact. my best friend of 25 years exchanges messages everyday. they both have been there for me every step of the way during this. another dozen or so friends are all in contact sending commissary, book and magazines. all of whom wanted to write letters on my behalf. given that press shows up to all of my court appearances and the level of my popularity, i asked most not to send anything in that could be made public. this could jeopardize their lives ad i couldn't allow that. i want to do right by all the people that are waiting in anticipation for the day that i can finally come home.

i moved to nyc in 2003. shortly after arriving i got a job selling furniture at the "door store", a small mid-low quality furniture store i the city. i was a natural from the beginning and was quick to success. after a few years there i was recruited by a much higher end company called "DDC". (20 to 30,000 dollar sofas) i loved this job for many years. sadly after the economy took a hit from the 2008 financial collapse this job was no longer viable. i bounced around bartending for a few years but was eventually recruited by an adult film studio. and there began the career i had up until my arrest. in this career i was famously successful. the first to do many things and raise the bar of what people thought about those who chose my career path.

i was arrested on June 26th of 2024 and brought to MDC Brooklyn. i have been here over 14 months now. due to the multiple murders in the building at least 70% of that time has been on lock down. i was in unit 62 first. i was advised by staff to lie about my charges, my sexuality and my career. we asked the prosecution for some anonymity regarding my alter ego but none was given. within a month i saw 7 men with knives and picks heading to my room and looking for me. i thankfully was not in the room and was able to ask for PC (protective custody). i would later find out that the other inmates had found articles about me and had spread them through the jail. in my 14 months i have constantly had expired food served to me (see my lawyers for evidence of this). i have been given mattresses that have been used by many many inmates and never cleaned. they are not wrapped in plastic and are stained in what I can only presume is human excrement of some sort. i say all this so you can know where i have been and to what level of treatment i have been given. i know I'm in jail and i understand I'm to be punished. and if this is the norm of that, so be it. but from what i understand and have read, it is not.

**D1**

after the threat on my life i was told i couldn't go to the PC unit 83. they would not tell me why. i was moved to the kitchen unit on 42. sadly i am not able to work in the kitchen because i have a "separation". this combined with my charges made my presence aggravating to some. i decided to get a job as an orderly hoping this would ease tensions. i requested EVERDAY for 2 months for the position until finally i was hired. my work detail was to sweep and mop the unit everyday. and though its not required of me i also take care of the garbage, food service and lock-in duty. when the building is on lock down i make sure everyone gets their food, hot water, ice and tablet service. i take the position seriously and have been a model inmate. i have been in no troubled and received zero tickets. i know i am here because of my choices and my choices alone. i will continue to conduct myself as someone who is sorry for them.

embarrassingly to admit, i have never read a book before my arrest. so, in addition to my job i take every class that is available to me, including NRDAP. with this i also self educate. i am usually reading 2 to 3 books at a time. from subjects like physics, autobiographies, race theory and even evolution. i am currently teaching myself Chinese and looking forward to college courses when i get to my spot. i plan to use the time while incarcerated to better myself. in the 15 months since my arrest i have made strides to change bad habits and create new and positive ones. i work with what I've got and have made significant changes.

You and i will have only met once before you get this letter. it is interesting to think this will be the only way i can give you context to my life and who i am as a person aside form my crime. despite my recent failings I've had lead a good life. one full of love, responsibility and success. i like to think of myself as a man that helps others. cares for his community, family and friends. a man that takes responsibility for his wrongs. i want to live up to being that man. by saying I'm sorry for this crime. I'm sorry to my victim. I'm sorry for any pain i have caused. i accept my punishment with no-questions-asked and no excuses.

yet, in the same letter I'm asking you see more than just my crime. i ask you for mercy. i hope you will see more than just my mistake. i hope you will see that my regret is sincere. i hope the context i have given helps. i hope I've helped you see who i am and the life I've lead. i end this letter with hope.

Dear Judge Engelmayer,

I'm writing to tell you about my son, the real Justin Heath Smith. His dad and I dated for 3 years and when I got pregnant, he said if you get rid of him I'll stay if you don't I'm gone and don't you ever ask me for a dime. From the moment I saw him I just knew I had made the right decision. I never felt loved before I had Justin.

So it was just us. To this day I only wake up for him. I'll tell you why.

I have never had love in my life till Justin. Never not real love. He was considered blind by an eye doctor in the 3rd grade. He never said anything or made me think otherwise. That poor baby I think he just didn't want to upset me or think I would be upset. I put him in soccer and baseball, basketball and even karate. He never said anything. I got a note from one of his teachers asking me if I have had his eyes checked.

So I took him and the doctor said his eyes were so bad that he considered him legally blind. On the way home I asked him why he never said anything. But he never gave me a real answer.

So he wore glasses from then on.

When he graduated that's when I found out he was gay. It hurt me so bad. I thought I did something wrong. And I was selfish scared of what people would say. He was working at block buster and I made him tell me over the phone. I felt heat going down through my body. I just hung up the phone. He left work and came home. I wouldn't even sit by him. He was trying to explain to me that if there was a pill he could take to change it he would but there was nothing anyone could do to make him straight. I looked up at him and he was just balling tears and crushed by my reaction. I said OMG I have hurt the only person that matters to me. I got up and grabbed my son and hugged him and told him I was so sorry. I loved him and everything was going to be okay.

Back then here in Texas people were not very kind to gay people. So I think he made the right decision to move to NY. I felt he would be treated fairly there for people were more educated about people that were gay. I just wanted him safe.

He helped me the best he could being so far away. Years passed and a lot of things he was doing to survive were working out and getting bigger every year. He ended up being the number one porn star in the world. I never have been into that kind of stuff but a lot of people are I don't judge people for having different opinions on things or the way they find ways to deal.

1

**D3**

But he has been such a great influence on alot of people. He's so kind and considerate, helpful, supportive, he has saved so many lives just by opening up and sharing with them the things that he has been through and sharing with them places that they can go for help.  We so need more people like him.

He isn't perfect no one is. He knows what he has done was wrong. That is a good thing. I believe that he has realized that he isn't better than anyone else. If he ever did. I don't know but he does know that he's not untouchable. This is a very good lesson he has learned. And he will and has started to realize this.

I know my son does not belong where he is and he has broken my heart with the mistakes he has made. But he knows that he was wrong. I will always love him because he is my son. When he gets out we will be here waiting. And he will be better than he is today. He will help more people. Someone that does the greater good for mankind.

Thank you for reading my letter. Justin Heath Smith's proud Mother,

*Debbie Smith*

**Debbie Smith**

2

**D4**

Your honor,

I hope this letter reaches you well. I am writing it because I feel that there is no other way for a judge to get an understanding of how an inmate carries himself and acts while imprisoned as there is no conduct review process, and you only hear about the problems if an inmate has received any tickets. So, my hope is that this letter can give you some insight into the type of inmate Justin Smith has been.

Justin has been my bunkie since September of 2024 so I feel that I know him better than anyone else in the unit. That is why I can tell you that Justin has been nothing but a model inmate. Some might think that a person with his status would have an ego or demand to be treated differently than everyone else but it has been the exact opposite with Justin. I have told him multiple times that I forget he has a level of fame to his name as he is more down to Earth and more approachable than 95% of those I have dealt with in my three years at MDC Brooklyn. I have been working in the kitchen since January of 2023 and therefore housed in the working unit. When Justin was brought into the unit, the first thing he wanted to do was work. Unfortunately, you can not work in the kitchen if you have a seperation from another inmate, which Justin does. So he then asked the unit team, every single day, if he could be a unit orderly. He has told me that he felt that since he was in the working unit, he should be working. During my time in MDC Brooklyn, there have been many people that were living in the working unit due to the nature of their crimes or



because they couldn't be housed anywhere else whom, quite frankly, took advantage of it. These inmates didn't work as orderlys, would get ticket after ticket, take trip after trip to the SHU and all because they knew they would have multiple chances before being removed from the unit. But Justin was always different and he never took his placement in the unit for granted. He always followed the rules put forth (no matter how many times they changed without warning) which was also a reason I was happy when we became bunkies. In his and my time in the building, both before and during the time we roomed together, our rooms were randomly searched and tossed numerous times - including once by the United States government, and nothing we weren't supposed to have was found as the lack of tickets for each of us proves. Like me, Justin just wants to do his time and not do anything he is not supposed to do during it. I can confirm this is very rare in here.

When Justin was finally given an orderly position, he woke up early every single morning to mop the unit, even going as far as scrubbing areas that were especially filthy and hadn't been cleaned in ages. For all the years I have been in the building, I was used to seeing the orderlys doing the bare minimum amount of work. Justin worked his tail off without one complaint and quickly moved up the ladder of orderlys due to his work ethic. He was now taking on more important duties in the unit like serving the food trays and helping new inmates find a proper room. But he still did the dirty work of mopping and taking out the trash when it was needed. Again, not once did he let his celebrity go to his head. And, he changed the culture of the orderlys in the

③

unit all by himself, as the other orderlys followed his lead. Soon they were all keeping up with their respective jobs each day and making sure their duties were being completed correctly. Even during lockdowns the orderlys were now cleaning and maintaining the unit instead of sitting and watching television as I was used to seeing them do. And, during lockdowns it was common to see Justin running around like a mad man to make sure everyone that was locked in got hot water. This was in stark contrast to the normal orderly behavior in that situation of them just ignoring the shouts for hot water. In late 2024 a sanatation inspection incentive program was implemented in MDC Brooklyn where, each week the top three cleanest units would receive rewards. Our unit has placed in all three positions multiple times over and the simple reason for our rewards has been Justin's hard work. The officers and unit team members also know they can rely on him to do whatever needed to be done and that it would be done right, such as when lawyers or higherups came through to see the unit and he was called upon to make sure everything was as it should be.

    Justin has also done whatever he could to help those that needed it, like finding a food tray for someone that missed the serving, an extra piece of clothing for someone that just came into the unit or even advice when it was requested. Being able to win over so many people in this setting is no easy feat, but he was able to do it and it is a testament to the type of person he really is. I have also seen his selflessness firsthand as Justin has gone above and beyond as a bunkie. Most bunkies only tolerate each other, which has been my experience, for the most part, when it comes to that

④

living situation. But Justin has always shared with me and has always looked out for me to make sure I wasn't having any major problems in the unit. Justin has even gone as far as getting my tray of food at dinner and even got my laundry taken care of while I was at work. Additionally, he has always tried to give me personal advice from his own past experiences when he saw me making mistakes he had already made in his life and learned from. He helped me diagnose my codependency issue which was a huge step for me in realizing why I do a lot of things I do, and why I am in the situation I find myself in now. Without his help on the matter, I would still be blind to it as there is no therapy or counseling in here.

I explain all of this to you so you can see that Justin is a good person. He has proven that he is not a typical inmate and he is certainly not a career criminal. He is the person that is going to sit and play a game of Scrabble or Monopoly with me while everyone around us is going to continue their criminal behavior. He has always taken responsibility and he does his best to look at the glass half full, even during the toughest situations. He has talked to me about wanting to use this time to learn new things and even take college courses whenever that is possible. He has already started to learn Chinese and he has taken whatever programs and classes that were offered here at MDC Brooklyn. He has made the best out of a bad situation instead of making excuses and counting down the days until he can be a criminal in society like the other 95% of people he and I are living with. And once again, he has a great deal

⑤

of celebrity status and I am certain that almost any other person in his shoes would definitely not act with the same humility that Justin has, under the same circumstances.

I hope this letter has been able to give you some information about the way Justin Smith has carried himself during his time at MDC Brooklyn. And I also hope you can take what I have stated into account while making your decision on his future and his ability to be with his family and friends sooner rather than later. Thank you for your time, your honor.

Respectfully,

Michael J. Abitabile

Michael John Abitabile
21310510

September 11, 2025

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: Letter of Support for Justin Smith

Dear Judge Engelmayer,

I am writing to respectfully offer my support for Mr. Justin Smith as he approaches sentencing. I have known Justin for over ten years through our personal friendship, and during this time, I have come to know him as a person full of deep empathy, integrity, and a genuine desire to help others.

From the beginning of our relationship, Justin has gone out of his way to offer guidance and support to those around him. One of the most meaningful examples of this was his kindness toward me personally. When I moved to New York City from Israel at the age of 21 to study acting, I didn't know a single person. Justin took me under his wing, helped me get to know the city, introduced me to people who would become lifelong friends, and supported me in countless ways. He and his partner opened both their home and their hearts to me—something I will always be deeply grateful for.

Later in life, when I became an American citizen and was struggling to find work, Justin once again stepped in to help. He offered me a job as a video editor, treating me with kindness, generosity, and respect. At a time when I felt lost and uncertain, he gave me an opportunity and believed in me when no one else did.

Justin has never sought recognition for his generosity; he simply acts from a place of compassion and decency. He has consistently demonstrated a strong moral compass and a willingness to support those in need, often quietly and without expectation of anything in return.

I am aware of the seriousness of the charges to which Justin has pled guilty. I do not offer this letter to excuse his actions, but rather to provide a fuller picture of the person I know. Justin has expressed genuine remorse and has shown a sincere commitment to personal growth and accountability; something that is very in line with his character. I believe in my heart that he is taking meaningful steps toward rehabilitation.

**D10**

I also want to acknowledge that Justin has faced significant personal struggles, including addiction and the challenges associated with his career in the adult entertainment industry. These do not excuse his actions, but they do reflect the complexity of his life and the human vulnerabilities he is working hard to overcome.

I stand by Justin and will continue to support him beyond this process. I truly believe in his potential to continue contributing positively to the lives of others and to our broader community.

Thank you for taking the time to consider my perspective.


Respectfully,
On Mekahel

**D11**

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>SMITH, JUSTIN | Register No.<br>22682-511 | Unit<br>GB |
|---|---|---|
| Evaluation Period<br>11-16-2024 - Present | Work Assignment<br>Unit GB Ord | |

Bonus Justification
**Inmate Smith is an outstanding orderly. Inmate Smith performs his duties with little to no supervision. Inmate Smith assists other inmates in their duties in addition to his own. Inmate Smith is an outstanding orderly who works well with others. He is well organized, dependable, timely, and always brings a positive attitude to his work.**

---

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✔_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✔_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✔_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work _____ .

3. Regular Pay _____ .

4. Bonus Recommended: ___ yes; ___ no

5. Total Pay _____ . _____

| Supervisor's Signature<br>**COUNSELOR D Giebfried** / _D Niebf_ | Date<br>07/16/2025 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4



# MDC Brooklyn
# Recreation Department

This is to Certify that

## Justin Smith

Has Successfully Completed

### Sentry Journal

At MDC Brooklyn

This certificate is hereby issued this 21st day of August 2024

R. Simon

Recreation Specialist

**D14**

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

## Justin Heath Smith

### Your Money Values and Influences

"Financial freedom is not just about accumulating wealth; it's about aligning your spending with your values and using your resources to foster growth and positivity in the world."

*J. Murray*

**J. Murray - Teacher**
**October 11, 2024**

**D15**

# Certificate of Completion

**This certifies that**

## *JUSTIN SMITH*

**Completed the following class:**

# The National Parenting Program:

# Phase One

11/13/2024

**DATE**



G. Matey, Special Population Coordinator

**MDC BROOKLYN**

**D16**



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

## *Justin Heath Smith*

### You Can Bank On It

"Banking is very good business if you don't do anything dumb." – Warren Buffett

*J. Murray*

**J. Murray - Teacher**
**November 15, 2024**

D17

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## JUSTIN HEATH SMITH

**YOUR SAVINGS**
"Spend what is left after saving." — Warren Buffett

*M. John Pierre*

**Mrs. M. John-Pierre – Supervisor of Education**
**Metropolitan Detention Center**



*J. Murray*

**Mr. Murray - Teacher**
**January 31, 2025**

**D18**



# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

## *Justin Heath Smith*

### Credit Report and Scores

"Chasing a high credit score without financial literacy is like polishing a rusty key. Educate yourself, then build your credit wisely."

*J. Murray*

**J. Murray - Teacher**

**February 14, 2025**

D19

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

**COLUMBIA UNIVERSITY**
IN THE CITY OF NEW YORK

## We present this Certificate to

# *Justin Smith*

*has successfully completed a mid-term*

## S.T.E.M. Seminar Series

*offered by Columbia University*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Sixteenth Day of May in the year Two Thousand Twenty-Five.*




*K. Tavangar*

**Kiyan Tavangar,**
**PhD Candidate, Department of Astronomy, Columbia University**
**Principal Organizer, MDC Brooklyn STEM Seminar Series**

D20



# NON-RESIDENTIAL DRUG ABUSE PROGRAM

## CERTIFICATE OF COMPLETION

This is to certify that

# Justin Smith

Register No. 22682-511

has completed
three months of weekly *Strategies for Change* non-residential drug abuse counseling.

This certificate is hereby issued this 24th day of June, 2025.

Nina Barrett, MA, CASAC
**Drug Abuse Treatment Specialist**
**Metropolitan Detention Center, Brooklyn**

D21

# U.S. DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

# CERTIFICATE OF COMPLETION

### WE PRESENT THIS CERTIFICATE TO

## JUSTIN SMITH

*This certificate is given for your completion of the Book Club: Can't Hurt Me*

08/05/2025

*Ms. JP*
**Supervisor of Education**



*L Crosley*
**Teacher**

**D22**

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Justin Smith
*Reg. No. 22682-511*

## has satisfactorily completed the

## Relationships and Personal Responsibility

*and is hereby awarded this certificate, this 29th day of August 2025.*

Dr. Alcide
Staff Psychologist

D23

# MDC Brooklyn
# Recreation Department

This is to Certify that

## JUSTIN SMITH

*Sentry Journal*

*(Weight Management Making a Decision)*

At MDC Brooklyn

This certificate is hereby issued this 8th day of September 2025

### B.BONILLA

*Recreation Specialist*



D24



# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## JUSTIN SMITH

### START NOW – UNIT 1: My Foundation: Starting with Me

"Success comes to those who become success conscious." – Napoleon Hill

*M. John Pierre*

**Mrs. M. John-Pierre – Supervisor of Education**
**Metropolitan Detention Center**

*C. Emile*

**Mrs. C. Emile - Teacher**
**September 12, 2025**

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

(973) 901-8431

dnovitskie@novitskie.com

www.novitskiepsych.com

# DOROTA W. NOVITSKIE, PH.D., CCTP-II

## Curriculum Vitae

### *LICENSES*

New Jersey Licensed Psychologist #5474

New York Licensed Psychologist #021114

Authorized to Practice Interjurisdictional Telepsychology APIT #13849

Florida Telehealth Registration #TPPY2138

Certified Clinical Trauma Professional Level 2 (CCTP-II)

### *EDUCATION*

Ph.D. (2011), Clinical Psychology

      Fairleigh Dickinson University

M.A. (2006), Forensic Psychology

      John Jay College of Criminal Justice

B.S. (2004), Administration of Justice and Psychology

      Rutgers University

### *PROFESSIONAL MEMBERSHIPS*

American Psychological Association (APA)

American Psychology-Law Society (AP-LS; Division 41 of APA)

National Association for the Treatment of Sexual Abusers (ATSA)

NJ Association for the Treatment of Sexual Abusers (NJ-ATSA)

NJ Psychological Association (NJPA)

**D33**

### *CLINICAL POSITIONS*

***Independent Practice*** (2023-Present), Novitskie Forensic Psychology, LLC, Boonton, NJ.

- Providing clinical and forensic psychological services, particularly in forensic mental health assessment (FMHA) and expert testimony. Conducting a range of clinical and clinical-forensic evaluations in criminal and civil legal matters, including but not necessarily limited to:
    - o Criminal:
        - ▪ Criminal Competencies
        - ▪ Pre-Trial & Sentencing: Psychological, Diagnostic, Risk, Treatment, Diversion, and Mitigation Evaluations
    - o Civil:
        - ▪ Personal Injury
        - ▪ Workers' Compensation/Disability
        - ▪ Employment Harassment/Discrimination/Wrongful Termination
        - ▪ Civil Commitment, incl. Sexually Violent Predator (SVP) evaluations
        - ▪ Civil Capacities, including Guardianship and Undue Influence
        - ▪ Parenting Capacity/Risk Evaluations
    - o Other:
        - ▪ Pre-Employment & Fitness-for-Duty
        - ▪ Diagnostic/Treatment Evaluations
        - ▪ Violence, Sexual, and Fire-setting Risk Assessment
        - ▪ Immigration medical/psychological waiver evaluations
        - ▪ Dementia and Cognitive/Intellectual evaluations

- Conducting assessment and providing treatment to patients with chronic pain through Override Health.

- Providing psychological treatments to adult patients dealing with trauma, compulsive behaviors, sexual impulsivity and violence.

- Conducting evaluations and providing counseling to elderly patients with dementia and related disorders.

***Licensed Psychologist/Director of Research*** (2019-2022), Pirelli Clinical and Forensic Psychology, LLC, Verona, NJ

- Providing clinical and forensic psychological services, particularly in forensic mental health assessment (FMHA) and expert testimony. Conducting a range of clinical and clinical-forensic evaluations in a variety of criminal and civil legal matters, including:

    - o Criminal:
        - ▪ Criminal Competencies
        - ▪ Pre-Trial & Sentencing: Psychological, Diagnostic, Risk, Treatment, Diversion, and Mitigation Evaluations

**D34**

- o Civil:
  - Personal Injury
  - Workers' Compensation/Disability
  - Employment Harassment/Discrimination/Wrongful Termination
  - Civil Commitment, incl. Sexually Violent Predator (SVP) evaluations
  - Civil Capacities, including Guardianship and Undue Influence (f) Parenting Capacity/Risk Evaluations
- o Other:
  - Pre-Employment & Fitness-for-Duty
  - Diagnostic/Treatment Evaluations
  - Violence, Sexual, and Fire-setting Risk Assessment

***Clinical Director*** (2016-2020), Adult Diagnostic and Treatment Center, Avenel, NJ

- Managed Mental Health, Forensic Outpatient and Sex Offender Treatment Programs within a specialized state prison for adult males. Developed and monitored program staff performance. Conducted Sexually Violent Predator (SVP) risk assessment evaluations for the Attorney General's Office and other forensic evaluations for the courts of defendants whose charges may result in sentencing under the NJ Sex Offender Act. Provided trainings for the Department of Corrections' uniformed and civilian staff.

***Forensic Mental Health Clinician/Clinical Supervisor*** (2015-2016), Adult Diagnostic and Treatment Center, Avenel NJ

- Facilitated process and skill-specific treatment groups. Conducted testing and assessment of clinical needs of adult inmates sentenced to the Department of Corrections. Provided crisis intervention, group, and individual therapies. Conducted Sexually Violent Predator (SVP) risk assessment evaluations for the Attorney General's Office and forensic evaluations for the courts of defendants whose charges may result in sentencing under the NJ Sex Offender Act.

***Clinical Consultant*** (2015-2018), Bergen Family Center, Hackensack, NJ

- Conducted custody evaluations for the Bergen Family Court. Court testimony provided at the request of the court.

***Clinician in Private Practice*** (2015-2019), Dorota W. Novitskie, Ph.D., LLC, Tenafly, NJ

- Maintained a private practice specializing in assessment of mental capacity of elderly, psychosexual/risk assessments of juvenile and adult sexual offenders, custody/parenting time evaluations, and sexual harassment/domestic abuse cases.

***Contracted Evaluator*** (2015 – 2018), Court Assessment Program, Westchester Jewish Community Services, Hartsdale, NY

- Conducted custody evaluations for the Westchester County Family Court. Assessments included forensic interviews, behavioral observations (child/parent interactions), cognitive/personality testing, document review, collateral contact interviews and completion of a forensic report. Court testimony provided at the request of the court.

***Clinical Psychologist/Coordinator of Forensic Unit* (**2014 – 2015), Bergen County Division of
Family Guidance, Hackensack, NJ

- Forensic position within a county agency with a focus on service provision to the family
  court, juvenile detention facility, and the youth shelter.

  - *Forensic Evaluator – Bergen County Juvenile and Family Court*
    - Conducted risk assessments for violence (SAVRY, HCR-20, LS/CMI) and
      sexual recidivism (JSOAP-II, ERASOR, SVR-20, STATIC-99).
    - Conducted psychosexual evaluations on convicted adolescent sex offenders;
      aided in sentencing and treatment recommendations. Provided testimony to
      the court.
    - Provide treatment to adolescents and adult victims of sexual cyber
      harassment.
    - Participated in the biweekly Multidisciplinary Team (MDT) meetings at the
      Bergen County Prosecutor's Office.
    - Worked collaboratively with the Judge of the Family Court to provide best
      services to Juveniles.
  - *Diversion Program Development and Coordination*
    - Developed and coordinated the following programs:
      - Brief Intervention Against Substances (BIPAS) Program.
      - Early intervention program utilizing motivational enhancement and
        journaling for adolescents in the early stages of substance use and for first
        time drug offenses
  - *Digital Safety Program Development and Coordination*
    - TUTER – Sexting program; diversion programs for juveniles engaged in
      sharing personal sexual images via digital means.
    - TEACH – Cyber harassment program; diversion program for teens
      engaging in cyber harassment.
  - *Bergen County Juvenile Detention*
    - Conducted therapy and assessment for juveniles at the detention facility
    - Developed and coordinated treatment services for the all-female unit
    - Provided suicidality screenings
  - *Consultation*
    - Court: Provided professional consultation to the court staff for various
      forensic issues.
    - Schools: Provided consultation for division-wide programs seeking to
      implement a more clinical approach to dual-diagnosis program of
      developmental disabilities and psychological diagnoses.
    - Provided in-service and training to various corrections and clinical staff
      members on a weekly basis. Training topics included: Conflict resolution,
      professional development, human development, attachment, trauma, learning
      disabilities, mental illness, and suicide prevention, intervention, and coping.

***Assessment Coordinator*** (2013-2014), Center for Psychological Services, Fairleigh Dickinson University, Hackensack, NJ

- Responsible for administrative functions of the LD/ADHD clinic within the center. Conducted psychotherapy and perform cognitive, achievement, and neuropsychological assessments with adults, adolescents, and children. Provided supervision to current doctoral students on therapy and assessment cases. Facilitated trainings/didactics with current clinicians.

***Clinical Coordinator*** (2011-2013), Center for Psychological Services, Fairleigh Dickinson University, Hackensack, NJ

- Responsible for administrative functions of the facility (building scheduling, conducting case assignments, facilitating meetings with clinicians, etc.). Conducted psychotherapy and performed cognitive, achievement, and neuropsychological assessments with adults, adolescents, and children. Provided supervision to current doctoral students on therapy and assessment cases. Facilitated trainings/didactics with current clinicians.

***Project Manager (***2010 -2011), Talbot Hall Assessment and Treatment Center, Kearny, NJ

- Served as coordinator at a correctional facility, developing a treatment curriculum for adult inmates. Curriculum addressed such issues as substance abuse and relapse prevention, criminality, family and interpersonal issues, employment, and problem solving.

***COMPASS Program Coordinator*** (2009 – 2010), Center for Psychological Services, Fairleigh Dickinson University, Hackensack, NJ

- Coordinated program designed to assist undergraduates with Asperger's Syndrome integrate into college culture and academics. Developed policies, procedures, services, and program evaluations. Developed parent support program, including online consultation and psychoeducation. Offered crisis counseling and telephone guidance to parents. Provided individual therapy sessions to undergraduates with Asperger's. Co-facilitated advanced social skills, adaptive functioning, and parent support groups.

***Assessment Counselor*** (2006-2010), Talbot Hall Assessment and Treatment Center, Kearny, NJ

- Evaluated inmates at correctional facility to determine appropriate community placements. Assessments included reviewing records, conducting biopsychosocial interviews, and administering cognitive, personality, domestic violence, substance use, and specialized psychological/risk measures.

***Child Mentor*** (2002 – 2003), Supportive Parent Aide Network (S.P.A.N.), Division of Youth and Family Services, New Brunswick, NJ

- Assisted families referred by child welfare agency. Made in-home visits and school observations to ascertain children's and families' well-being. Provided parent guidance and implemented behavioral interventions, as needed.

## *CLINICAL TRAINING*

***Clinical-Forensic Intern*** (2010-2011), Westchester Jewish Community Services, Hartsdale, NY

- APA Accredited Predoctoral Internship (Forensic Track)
- Internship at community mental health organization was comprised of rotations in a treatment center for survivors of trauma and abuse, court assessment program, program for juvenile sex offenders, autism evaluation clinic, program for juvenile firesetters, and learning center. Provided consultation to interdisciplinary teams on such matters as psychological assessment, research, and empirically based treatment.

  - *Treatment Center for Trauma and Abuse*
    - Conducted evaluations and individual and family psychotherapy for child and adult survivors of sexual abuse, domestic violence, and sexual harassment.
    - Employed evidence-based treatments, including trauma-focused cognitive behavioral therapy (TFCBT), skills training for affective and interpersonal regulation (STAIR), and narrative storytelling (NST).
    - Co-represented agency in Project Impact, a collaboration with the White Plains Police Department, providing mental health services to families with histories of domestic violence.
  - *Court Assessment Program*
    - Conducted comprehensive neuropsychological assessments for the Westchester County court system in custody, termination of parental rights, delinquency, PINS, abuse/neglect, and probation cases.
  - *Juveniles Starting Over Program*
    - Conducted neuropsychological assessments of juvenile sex offenders.
    - Conducted risk and safety assessments.
    - Created curricula for and co-led a psychoeducation and skills training group with parents of sex offenders.
  - *Autism Evaluation Program*
    - Performed diagnostic evaluations of individuals with Autism Spectrum Disorders.
    - Utilized the ADOS, measures of adaptive functioning, intelligence tests, in-depth clinical interviews, observations, and record reviews to determine diagnoses of individuals from toddlers to adults.
  - *Juveniles Firesetting Evaluation and Treatment Program*
    - Conducted court-ordered neuropsychological firesetting risk evaluations.
    - Researched potential grants for community fire safety and prevention program.
    - Co-facilitated fire safety home inspections and education sessions in conjunction with fire department consultants.
  - *Learning Center*
    - Conducted integrated and specialized assessments focusing on identifying learning disorders in children, adolescents, and adults. Tests included cognitive, educational, personality, and neuropsychological measures.
    - Evaluated individuals with potential ADHD diagnoses.

***Therapy Extern*** (2008 – 2010), New Jersey Department of Military and Veterans Affairs Program, Center for Psychological Services, Fairleigh Dickinson University, Hackensack, NJ

- Provided individual therapy and psychoeducation to wives of veterans of wars in Iraq and Afghanistan. Addressed such issues as adapting to expectations for military wives, coping with a spouse's traumatic experiences, dealing with loss, harassment, and strengthening communication skills.

***Therapy Extern*** (2008-2009), Lodge Unit, Four Winds Hospital, Katonah, NY

- Facilitated Dialectical Behavior Therapy (DBT) skills group and conducted individual DBT sessions with adolescents in an inpatient setting. Responsible for treatment planning, interventions, and discharge planning for a caseload of 4 to 5 patients with complicated diagnoses, including substance abuse and eating disorders.

***Therapy Extern*** (2007 – 2008), Anxiety and Stress Treatment Program, North Shore-Long

Island Jewish Hospital, Manhasset, NY

- Provided individual Cognitive Behavior Therapy (CBT) to adults and children with anxiety, panic, and obsessive-compulsive disorder. Ran 10-week CBT manualized treatment group for individuals with panic disorder. Performed parent training and anger management therapy.

***Assessment and Therapy Extern*** (2006-2008), Center for Psychological Services, Fairleigh

Dickinson University, Hackensack, NJ

- Conducted cognitive, achievement, and neuropsychological assessments for adults and children. Conceptualized, developed curriculum for, and facilitated a 10-week play therapy group for children ages 4 to 6. Facilitated a 10-week social skills group for children diagnosed with ADHD or Asperger's Syndrome.

***Graduate Extern***, (2005 – 2006), Megan's Law Unit, Middlesex County Prosecutor's Office, New Brunswick, NJ

- Conducted inventory of 1600 county sex offender registrants. Assigned tier levels to new and relocated offenders. Utilized county computer system to identify facilities where offender registrations and notifications were required. Conducted door-to-door notifications of Tier 3 registrants.

***Assessment and Therapy Extern* (**2004 -2006), Special Treatment Unit, Kearny, NJ

- Performed evaluations and prepared psychosocial reports. Co-facilitated CBT anger management group, relapse prevention group, and process groups for civilly committed adult male sex offenders.

***Intern*** (2003 – 2004), Sex Crimes Unit, Middlesex County Prosecutor's Office,  NJ

- Reviewed evidence and identified material for presentation at trials of sex offenders. Taped and transcribed interviews of victims of sex crimes. Followed up on status of parolees.

## RESEARCH POSITIONS

**Director of Research** (2020 – Present), Pirelli Clinical and Forensic Psychology

**Researcher** (2013-2015), Four Winds Hospital

- Assisted in research on personality factors and attention abilities.

**Researcher** (2010-2011), Developmental Disabilities Program and Court Assessment Program,

Westchester Jewish Community Services, Hartsdale, NY

- Assisted in research design for a study on crisis management of individuals with developmental disabilities. Developed a behavioral event log for data collection.
- Developed database for study on various factors (e.g. attachment and cognitive deficits) affecting juvenile sex offender and juvenile firesetter treatment. Conducted and co-wrote literature review for research proposal.

**Research Fellow** (2006-2010) Janet Sigal, Ph.D., Fairleigh Dickinson University, Teaneck, NJ

- Coordinated cross-cultural studies of perceptions of domestic violence. Collaborated on study design. Conducted literature reviews, collected and analyzed data, and prepared manuscripts. Responsible for overseeing studies by researchers in 16 countries.

**Primary Investigator** (2005-2007), John Jay College of Criminal Justice, New York, NY

- Researched public perceptions of sex offender treatment. Developed study design, performed literature review, prepared submission to IRB, and collected, entered, and analyzed data. Prepared published paper and made 3 poster presentations.

**Research Intern** (2004), Violent Crime Analysis Squad, New Jersey State Police, Trenton, NJ

- Transcribed cases into statistical database and the New Jersey Violent Crime Analysis Program. Participated in data collection to identify potential relationships between felonies under investigation and closed cases.

**Research Intern** (2003), Middlesex Co. Criminal Case Management Office, New Brunswick, NJ

- Assisted agency efforts to increase efficiency in county court. Prepared applications for defendants seeking legal representation

## PUBLICATIONS

Schaffer, M., Jeglic, E.L., Moser, A., & **Wnuk, D.** (2010). Cognitive-Behavioral Therapy in the Treatment and Management of Sex Offenders. *Journal of Cognitive Psychotherapy: An International Quarterly, 24* (2).

Sigal, J. & **Wnuk-Novitskie, D.** (2010). Cross-cultural violence against women and girls: From dating to intimate partner violence (pp 65-102). In M.A. Paludi (Ed). *Feminism and Women's Rights Worldwide: Heritage, roles and issues*. Santa Barbara, CA: Praeger.

Denmark, F.L., Baron, E.M., Klara, M.D., Sigal, J., Gibbs, M., & **Wnuk, D.** (2008).  Women as Leaders:  From the Lab to the Real World (pp 35-56). In M. A. Paludi (Ed.) *The Psychology of Women at Work*. Westport, Conn: Praeger.

**D40**

Moser, A., **Wnuk, D**., & Jeglic, E. (2008). Cognitive Behavioral Interventions for Sex Offenders. *Journal of Correctional Healthcare*, *14* (109-121.)

**Wnuk, D.**, & Jeglic, E. (2007). Public Perceptions of Sex Offender Treatment. *Analyses of Social Issues and Public Policy, 7 (1).*

**Wnuk, D**., Chapman, J. & Jeglic E. (2006). Development and Refinement of a Measure of Attitudes Toward Sex Offender Treatment. *Journal of Offender Rehabilitation, 43* (3).

### ***PROFESSIONAL PRESENTATIONS***

Conway, M., Ulrich, S., Smith, M., **Novitskie, D**., Beischer, C., Jeltova, I, & Foley, C.

(August, 2010). Asperger's at College: An Innovative Support Program for Residential Undergraduates. Poster presented at the Annual American Psychological Association Convention, San Diego, CA.

Ulrich, S., Davis, K., **Novitskie, D**., Beischer, C., Smith, M., & Conway, C. (April, 2010). COMPASS: A Specialized Support Program for Undergrads with Asperger's Syndrome. Workshop presented at the Annual Penn Autism Network meeting, Horsham, PA.

**Novitskie, D**., & Ulrich, S. (March, 2010). Parent Support for AS College-Bound Students. Poster presented at the Annual Eastern Psychological Association Conference, Brooklyn, NY.

Sigal, J., **Novitskie, D**., et al. (August, 2009). Cross-Cultural Comparisons of Student Reactions to Domestic Violence. Poster presented at the Annual American Psychological Association Convention, Toronto, Canada.

Dranoff, M., Sigal, J., **Wnuk-Novitskie, D**., Gibbs, M., & Doboseru, R. (March, 2009). A Comparison of American and Romanian Students' Perceptions of Domestic Violence. Poster presented at the Annual Eastern Psychological Association Conference, Pittsburgh, PA.

**Wnuk-Novitskie, D**., Sigal, J., Gibbs, M. G., Elmoufti, B., & Kumaraswamy, N. (March, 2009). A Cross-Cultural Study of American, Lebanese, and Malaysian Students' Perceptions of Domestic Violence. Poster presented at the 34th Annual Conference of The Association for Women in Psychology, Newport, RI.

Sigal, J., **Wnuk D**., et al. (August, 2008). Twelve Country Study of Differences in Perceptions of Domestic Violence. Poster presented at the Annual American Psychological Association Convention, Boston, MA.

Mehta, P., Annan, V., Sigal, J., Perez, S., **Wnuk, D**., & Braden-Maguire, J. (March, 2008). The Effect of Country and Type of Wife Misconduct on Perceptions of Domestic Violence. Poster presented at the Annual Eastern Psychological Association Conference, Boston, MA.

Wassermann, Y., Sigal, J., Braden-Maguire, J., **Wnuk, D**., Shidlovski, D., & Antonopoulou, C. (March, 2008). American and European Reactions to Domestic Violence Scenarios: A Comparison of US, Israel, and Greek Students. Poster presented at the Annual Eastern Psychological Association Conference, Boston, MA.

**D41**

Jeglic, E., & **Wnuk, D.** (March, 2006). Attitudes Toward Sex Offenders: Students, Psychologists, & Wardens Share Their Views. Symposium presented at the 14th annual meeting of the American Psychology-Law Society Conference, St. Petersburg, FL.

**Wnuk, D**., & Jeglic, E. (March, 2006).  Public Perceptions of Sex Offender Treatment.  Paper presented at the 14th annual meeting of the American Psychology-Law Society Conference, St. Petersburg, FL.

**Wnuk, D**., & Jeglic, E. (November, 2005).  Sex Offender Treatment: Public Perceptions.  Poster presented at the Annual Convention of the Association of the Advancement of Cognitive and Behavioral Therapy, Washington, D.C.

**Wnuk, D**., & Jeglic, E. (May, 2005). Investigation of Perceptions of Treatment of Sex Offenders. Poster presented at the 1st Annual John Jay College Forensic Psychology Conference, New York, NY.


### *UNIVERSITY COURSES TAUGHT (63)*


GRADUATE COURSES at *Fairleigh Dickinson University* (11)

> Personality Psychology – Courses taught to students at satellite campus in China (Summer 2023, Fall 2023, Spring 2024, Summer 2024, Fall 2024, Winter 2025)

> Psychopathology (Spring 2021, Spring 2022, Spring 2023)

> Abnormal Psychology (Spring 2022)

> Developmental Psychology (Fall 2020)

GRADUATE COURSE at *St. Elizabeth University* (1)

> Developmental Aspects of Behavior (Spring 2023)

UNDERGRADUATE COURSES at *Fairleigh Dickinson University* (6)

> Abnormal Psychology (Fall 2022)

> Introduction to Psychology (Fall 2020)

> Drugs and Behavior (2008)

> Social Psychology (2008-2009)

UNDERGRADUATE COURSES at *Bergen Community College* (18)

> Introduction to Psychology (2011 and 2012)

> Developmental Psychology (2011 and 2012)

> Child Psychology (2011 and 2012)

> Abnormal Psychology (2011 and 2012).

UNDERGRADUATE COURSES at *Berkley College* (12)

     Introduction to Psychology (2013-2016)

     Introduction to Sociology (2013)

     Forensic Psychology (2015-2016)

UNDERGRADUATE COURSES at *Ramapo College* (16)

     Introduction to Psychology (2011-2015)

     Abnormal Psychology (2012-2015)

     Drugs and Behavior (2015)

     Developmental Psychology (2011-2015)



8
JT4807
2024-10

## Nutrition Facts

Serving size 113g

Calories per serving **430**

| Amount/serving | % DV* | Amount/serving | % DV* |
|---|---|---|---|
| **Total Fat** 20g | 26% | **Total Carb.** 60g | 22% |
| Sat. Fat 10g | 50% | Dietary Fiber 1g | 4% |
| Trans Fat 0g | | Total Sugars 32g | |
| **Cholesterol** 0mg | 0% | Incl. 32g Added Sugars | 64% |
| **Sodium** 470mg | 20% | **Protein** 3g | |

Vitamin D 0% • Calcium 0% • Iron 10% • Potassium 2%

*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

**INGREDIENTS:** ENRICHED FLOUR (WHEAT FLOUR, NIACIN, REDUCED IRON, THIAMINE MONONITRATE, RIBOFLAVIN, FOLIC ACID), WATER, HIGH FRUCTOSE CORN SYRUP, PALM OIL & FRACTIONATED PALM OIL, SUGAR, FOOD STARCH-MODIFIED (CORN), CORN STARCH, COCOA PROCESSED WITH ALKALI, CONTAINS LESS THAN 2% OF EACH OF THE FOLLOWING: COCOA, VEGETABLE SHORTENING (INTERESTERIFIED SOYBEAN OIL, FULLY HYDROGENATED COTTONSEED OIL), SALT, SODIUM PROPIONATE (PRESERVATIVE), XANTHAN GUM, MALTED BARLEY FLOUR, WHEAT FLOUR, SODIUM BENZOATE (PRESERVATIVE), POTASSIUM SORBATE (PRESERVATIVE), DEXTROSE, CALCIUM CARBONATE, CITRIC ACID (PRESERVATIVE), AGAR-AGAR, MONO- AND DIGLYCERIDES, SORBITAN MONOSTEARATE, TITANIUM DIOXIDE (AS COLOR), GLUCONO DELTA LACTONE, SODIUM STEAROYL LACTYLATE, SODIUM ALGINATE, CORN SYRUP SOLIDS,

CORN SYRUP, SOYBEAN OIL, CHOCOLATE LIQUOR, YELLOW 5, YELLOW 6, MALTODEXTRIN, WHEAT STARCH, SOY LECITHIN, BAKING SODA.
**CONTAINS: SOY, WHEAT.**

**DISTRIBUTED BY 7-ELEVEN, INC.**
IRVING, TX 75063
**WWW.7-ELEVEN.COM**

**CONTAINS BIOENGINEERED FOOD INGREDIENTS**

**READY TO EAT - OR TRY THEM WARM:**
**MICROWAVE INSTRUCTIONS:**

• PLACE CARTON IN CENTER OF MICROWAVE
• COOK ON MEDIUM FOR 15-20 SECONDS (HEATING TIME MAY VARY)
• CAREFULLY REMOVE CARTON FROM OVEN
• CAUTION FILLING MAY BE HOT

**Satisfaction Guaranteed**
**1-800-255-0711**

0  52548 55653  2

**GET REWARDS!**

ABC ABC

SEVEN 7 SELECT.
# CHOCOLATE
## SNACK PIE

**D44**