

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 29, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Justin Heath Smith, a/k/a "Austin Wolf,"* **25 Cr. 281 (PAE)**

Dear Judge Engelmayer:

    In advance of the September 29, 2025 sentencing of defendant Justin Heath Smith, enclosed are impact statements for two victims of the child pornography found on the defendant's devices. These anonymized and pseudonymous letters are being filed with the consent of the victims' attorneys. The Government received these letters with redacted signatures, and the Government respectfully requests that the Court accept these redactions to protect the identities of the victims.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    By: _____
        Getzel Berger
        Assistant United States Attorney
        (212) 637-1061

Enclosures

cc:    Defense Counsel (by ECF)