## **Victim Impact Statement of Liam of the BluePlaid1 Series**

Writing this impact statement will bring up past feelings from horrendous events many years ago. These events that I will describe started three days after my dad passed away from a massive heart attack. I was just ten years old at the time.

My original abuser, "John", who at the time was a trusted family friend and had gone to school with my older brothers and been around my family for years, came over to our home the day my dad passed away to pay his respects to my family. Even though he was a family friend, we had not seen him in some time, as my brothers, with whom he used to hang around, had all moved out of the house. He had grown up on the same street as his dad, mom, and only sister, so he had been around our family for years.

"John" showed up the day that my dad passed away to pay his respects, like I said, and only stayed for a few minutes. Three days later, he returned when my brothers had arrived home from out of state and spent most of the day at our home. In the late afternoon, he took me outside to jump on the trampoline that was on the side of our home and started to take my pants off. I stopped him, and he said it was okay and my dad would be OK with it. On the second attempt, he got my pants down and started to look at me, and kept telling me this was normal. On the first day, he only rubbed my genitals and pulled my pants back up. This was the start of my nightmare, which I didn't fully understand at the time, or how it would affect my life forever.

The next day, "John" returned to my home to see my brother and spend time with the family again. This time, "John" and I were alone in the garage, and this was the first time that he performed oral sex on me. This became a recurring, almost daily event with him if he could get me alone for just a few minutes. This event took place before we even had my father's funeral.

Following my father's funeral, it was time for me to start 5th grade. The life change events of my father's passing were only a few days old and still very fresh. "John" and my brother offered to volunteer in the classroom in case I needed anything or was having a rough day in school. "John" was in a position of trust and could show up at my school. So, even on days that I had school, I started to see him most days, multiple times a day.

Since "John" was trusted by my family, he would pick me up from school and take me back to his house to help with my homework. At his home, he would take my clothes off, and he would take pictures of me lying on his bed naked. He would set his camera up to take photos and videos of him performing oral sex on me. This happened, looking back, hundreds of times over each year.

For four years, the abuse from "John" was constant and became a way of life for me. Sadly, over those years, I would learn of other victims that he abused and took pictures and videos of. He would meet these boys as he would date their moms or befriend boys who didn't have a father and would become someone they could go to after school. He was a predator.

"John" had hundreds of hours of videos and thousands of pictures from over the years. Even when I moved out of the state, the abuse did not stop. He would travel to see my family and

spend time staying at our home. The abuse continued in my home and his rental car or hotel room if he could not get me alone long enough to make videos.

I could only come forward after "John" was arrested. I remember that day very clearly. My mom came and picked me up from school and told me that "John" was in a lot of trouble, and if I knew anything about the problem he might be in. I said yes, and this was the first chance I could open the floodgates of the hell I had lived in for so many years. My mom contacted the FBI, and they came to see me and hear my story firsthand.

In the interview with the FBI, I was able to identify more victims from their pictures. I was also able to tell them where all the flash drives, images, and videos were hidden. I told them his plan and why he hid things in specific locations. With my testimony, they got the warrants they needed to obtain all the evidence he had stored.

When I was sitting in the courtroom and heard that "John" was going to prison for a period for the rest of his life, it brought a small light back into my life at that time. However, "John" going to jail doesn't change the fact of what he did to me. The pictures and videos have been shared thousands of times, if not hundreds of thousands of times, and are now being downloaded all over the world. He stole my innocence, and to this day, I still have trust issues with people that I work with, and I am slow to trust and quick to judge. This has been a battle I will fight for the rest of my life. He ruined my ability to trust because I always look at someone and think about the underlying motive they are trying to accomplish.

Knowing that so many deranged and perverted people in this world have seen my pictures and videos that "John" created at a time in my life when I had lost everything that I had known as usual is disgusting. Porn is a drug, and anyone that will consume it does not have any idea of the trauma that went into creating an image or a video for them to get self-gratification. Anyone who has downloaded or shared my pictures and others is selfish scum and deserves full punishment under the law.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and knowledge.

Dated: June __18__, 2025

[signature redacted]

Liam (a pseudonym for the victim of the BluePlaid1 series)

[signature redacted]

Signature