Victim Impact Statement for "Dipper"

I have been mulling over for the last few months how to write this updated impact statement. How do I sound? Do I sound angry, sad or worried? Do I just state the facts, knowing the facts alone, without any emotions involved, speak for themselves? Truthfully, emotion-wise I am angry, sad and worried.

But if we're focusing on just the facts as of April 2023, my oldest child, known by the pseudonym of "Dipper," has tried to kill themselves three times, knowing that the images of their abuse are out there for all the world to see, and no one has any way to stop the spread of those images. He has also asked if he could change genders because he doesn't want anybody to recognize him. He's been in counseling. In April he went into inpatient treatment, then from inpatient, he went to a residential facility. When that didn't work out he came home and was very angry, understandably so. He has been so angry because he's been remembering all these other things that happened to him, and he's been envious or jealous of his sister because she was too little to remember anything but he remembers it all. He's been very angry towards her, and because of that he self-harms almost daily.

I found another residential treatment facility in Southern California and my son has now been discharged from that facility and is now in a PHP which stands for partial hospitalization program. He attends Monday through Friday from 9 to 5 and we have family therapy once a week. He has therapy once a week. He's on five different medications and I believe they're going to add one more because he's been having night terrors since the first suicide attempt. Being a single parent, I knew that I could not be home all the time and my youngest also has special needs; she's autistic. Dealing with each of their special needs, I am stretched almost to the breaking point.

At the time of the first suicide attempt I was living in Washington state. I had purchased a house, and as a flight attendant, I was working turns where I'd be home every day. My mom would fly up and help me, if I had to do an overnight flight.

Because of the suicide attempt I made a decision to move back to California into my parents' house because I knew that I was going need their help because Dipper was going to need a lot of supervision, and so does his sister. From April 2023 to December 2023 I missed a lot of work, so financially I'm struggling, and with the residential treatment facilities, I've had to pay out-of-

pocket for part of the programs. My mortgage is $3808. My car payment is $800 and on top of those two things monthly, I had to pay $2000 out-of-pocket for one residential treatment facility and $2000 out-of-pocket for any necessities for the other residential treatment facility. I had to pay $3400 out of pocket and that doesn't include any extra cost for art supplies or clothing or food outings. Because of the supervision and the required parent meetings while Dipper's been in residential treatment and in PHP I've had to miss out on a lot of work. It got to the point where even though I have FMLA, which stands for a Family Medical Leave of Absence, I almost lost my job. I have a good job, and I can't afford to lose it, and if I were to lose my job, Dipper and my daughter would suffer even more.

So now it's come to a point where I am trying to prioritize work when I should be able to prioritize both my kids, especially Dipper, as he navigates the process of trying to heal, and figuring out his true identity. It's been really challenging on myself, as well as my youngest child, and especially my oldest, which is Dipper.

In addition to the emotional stress, it's been a struggle financially. There was about six months last year, where I had to go to food banks and get clothing donations because financially I couldn't afford it. I don't want to lose the house in Washington because I'm hoping that the kids and I can go back there and we can have a home to ourselves, where both my kids can have their own room in their own bed. I rented out the Washington house, but because of the market, I had to rent it out for less than the mortgage so I still have to cover about $600 a month, to keep my house, and I'm still two months behind.

When I think about the images of my son out there in these perpetrators' hands and on their computers, I'm disgusted and angry at them. How selfish can these people be? What part of their brain thinks that this was ever OK? The impact of knowing that men, may be some women, but mostly men, have an image of a 4 or 5, or 6, or 7, or 8, maybe even in the 9 year old "Dipper," my son, being sexually abused for their gratification sickens me. The impact that it has had on his emotions, his mental health, and even his physical health is and has been, and will in all likelihood continue to be, devastating to him. I may not be able to go up to these men then slap them. I know that they're going to be incarcerated for a number of years, but that does nothing to help my son's recovery, or to ease his pain.

The choices they have made have been destructive to Dipper, and to me, and to our family. "Dipper," is suffering to the point that he is self-harming, and has attempted to take his own life. He wants to change genders, to be someone other than he is, and has been, to create a new identity, different from the one he was born with.

All of this has hit us pretty hard, and my son deserves better than that, and our family deserves better. These men need to pay for the well-being of my child. It's the least that they can do considering what they have done to harm him.

Dated: February 19, 2024