*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 14, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Justin Heath Smith*, 25 Cr. 281 (PAE)

Dear Judge Engelmayer:

    The Government writes on behalf of the parties to respectfully request that the Court enter the enclosed consent restitution order pursuant to 18 U.S.C. §§ 2429, 2259, 3663, and 3663A.[1]

                                  Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney

                       By: _____
                                    Getzel Berger
                                    Assistant United States Attorney
                                    (212) 637-1061

cc:    Defense Counsel (by ECF)
       Enclosure

---

[1] As explained by the Government during the September 29, 2025 sentencing, two additional victims were inadvertently left ineligible for restitution due to the language of the plea agreement in this case. The undersigned AUSA has conferred with the attorneys for those victims and both victims have withdrawn their restitution requests.