UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JUSTIN HEATH SMITH,<br>    a/k/a "Austin Wolf", | **Consent Order of Restitution**<br><br><br>25 Cr. 281 (PAE) |

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Getzel Berger, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

JUSTIN HEATH SMITH the defendant, shall pay restitution in the total amount of $3,500, in full and final satisfaction of his obligations under 18 U.S.C. §§ 2429, 2259, 3663, and 3663A, and the plea agreement executed on June 11, 2025, to the following victim of the defendant's receipt and distribution of child pornography: Restore the Child PLLC, in Trust for "Liam," 2522 N. Proctor St, Suite 85, Tacoma, WA 98406-5338.[1]

Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Restitution is not joint and several with others not named herein.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly

---

[1] To protect the victim's identity, "Liam" is a pseudonym.

2025.02.20

controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due and payable pursuant to 18 U.S.C. § 3572(d)(1) within 30 days from the entry of this order.

3.  **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.  **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: *Getzel Berger*　　　　　　　　　　　12/14/2025
Getzel Berger　　　　　　　　　　　　　　DATE

By: *[signature]*　　　　　　　　　　　　12/12/25
Michael Baldassare　　　　　　　　　　　DATE
Thomas Andrykovitz
Attorneys for Justin Heath Smith


SO ORDERED:

_____　　　_____
THE HON. PAUL A. ENGELMAYER　　　　DATE
UNITED STATES DISTRICT JUDGE