

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

December 18, 2025

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foly Square
New York, NY 10007

        Re:    *United States v. Justin Heath Smith*
               25 Cr. 281 (PAE)

Dear Judge Engelmayer:

      The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Justin Heath Smith, in certain seized property (the "Forfeited Property") was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 37) and no third-party claims have been filed within the statutory period.

      Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Forfeited Property according to law.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney
                                      Southern District of New York

                        By: /s/ *Getzel Berger*
                           Getzel Berger
                           Assistant United States Attorney
                           Tel. (212) 637-1061

*Enclosure*