UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        UNITED STATES OF AMERICA

                -v.-

        JUSTIN HEATH SMITH,
            a/k/a "Austin Wolf,"

             Defendant.

**FINAL ORDER OF FORFEITURE**

25 Cr. 281 (PAE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about June 20, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 37), which ordered the forfeiture to the United States of all right, title and interest of Justin Heath Smith (the "Defendant") in the following property:

    a. One Silver iPhone with serial number 357414192344317;

    b. One WD MyCloud EX2 Ultra with serial number WUBM31061262;

    c. One 16 GB MicroSD card with serial number 01160C21;

    d. One 16 GB MicroSD card;

    e. One 32 GB MicroSD card with serial number 8044XV91283J;

    f. One 32 GB MicroSD card with serial number 6067XV5075L0;

    g. One 64 GB MicroSD card with serial number 20121413;

    h. One 64 GB MicroSD card with serial number 8053ZV91E2ZC;

    i. One 1 TB SD Card with serial number C1921052250G;

    j. One Samsung SIM Card with serial number DPHH1E5GW844;

    k. One WD hard drive with serial number WXE108283138;

    l. One WD MyPassportUltra with serial number WX11D89E28KV;

m.  One 32 GB MicroSD Card with serial number 8075XV70234G;

n.  One 256 GB MicroSD Card with serial number 84250YDTN4MM;

o.  One WD Elements with serial number WX41D67HYEV1;

p.  One MicroSD Card with serial number 03070XLTHOCX;

q.  One MicroSD Card with serial number 0367DXNPT09J;

r.  One MicroSD Card with serial number 2451DXHSK06S;

s.  One WD EasyStore with serial number 2GGARY9U;

t.  One WD MyBookDuo with serial number WUBS20160554;

u.  One WD MyBookDuo with serial number WUBS20362531;

v.  One Mac Pro with serial number F5KPN06MF9VN;

w.  One Mac Mini with serial number C07C707QJYWO;

x.  One Mac Mini with serial number C07WCOUXG1J2; and

y.  One MacBook Pro with serial number Cl7J645TDTY3;

(a. through y, collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on September 26, 2025, for thirty (30) consecutive days, through October 25, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 18, 2025 (D.E. 54);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property;

WHEREAS, the Government seized the Specific Property on or about April 21, 2024 from the Defendant's residence (the "Forfeited Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Forfeited Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Property.

3.    The United States Marshals Service (or its designee) shall take possession of the Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated:  New York, New York
     December 18 , 2025

SO ORDERED:

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE